**INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, Office of Medicaid Policy & Planning, and Electronic Data Systems Corporation, Plaintiffs–Appellants,**

v.

**Tommy G. THOMPSON, Secretary, Department of Health & Human Services, and Nancy–Ann Min Deparle, Administrator, Health Care Financing Administration, Defendants–Appellees.**

**No. 01–1427.**

United States Court of Appeals,
Federal Circuit.

Aug. 15, 2001.

ON MOTION

BRYSON, Circuit Judge.

ORDER

Indiana Family and Social Services Administration, Office of Medicaid Policy &

Planning, and Electronic Data Systems move without opposition to transfer this appeal to the United States Court of Appeals for Seventh Circuit pursuant to 28 U.S.C. § 1631.

Indiana Family states that through a "scrivener's error," the notice of appeal was directed to the wrong court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is transferred to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1631.

(2) All sides shall bear their own costs.